IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ANGELA CLEARY                                                                PLAINTIFF

v.                            Civil No. 05-5086

JO ANNE B. BARNHART, Commissioner,
Social Security Administration                                               DEFENDANT

## J U D G M E N T

Now on this 19th day of June, 2006, comes on for consideration the Report and Recommendation dated May 23, 2006, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; affirms the decision of the Commissioner; and dismisses plaintiff's complaint with prejudice.

/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE

AO72A
(Rev. 8/82)